THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>BALOMPIE CAFÉ, 3341 18th STREET LLC, a California Limited Liability Company; and AMADEO GONZALES FIGUEROA an individual dba BALOMPIE CAFÉ,<br><br>    Defendants. | **CASE NO. CV-10-0545-JL**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-10-0545-JL

1        Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4        This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

6

7 Dated: February 1, 2011           THOMAS E. FRANKOVICH
                                              *A PROFESSIONAL LAW CORPORATION*
8

9

10

11                                        By: /S/ *Thomas E. Frankovich*
                                       Thomas E. Frankovich
12                                        Attorney for CRAIG YATES, an individual

13

14

15

16
Dated: February 1, 2011           KAUFMAN DOLOWICH VOLUCK & GONZO, LLP
17

18

19
                                       By: /S/
20                                        Aaron M. Scolari, Esq.
21                                        Attorneys for 3341 18th STREET LLC, a California
                                       Limited Liability Company
22

23 ///

24 ///

25 ///

26
27 ///

28 ///

Dated: February 1, 2011          CAZADORES LAW GROUP PC


By: _____/S/_____
Hector Jose Chinchilla, Esq.
Attorneys for AMADEO GONZALES FIGUEROA
an individual dba BALOMPIE CAFÉ,


## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __4-22__, 2011

Honorable Judge James Larsen
UNITED STATE DISTRICT JUDGE